Susan St. .Vincent
Acting Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California  95389
Telephone: (209) 372-0241

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Docket 6:11-mj-0063-MJS |
| ) | |
| Plaintiff, ) | MOTION TO DISMISS; |
| ) | AND ORDER |
| v. ) | THEREON |
| ) | |
| SHAUN O'LEARY, ) | |
| ) | |
| Defendant. ) | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice.  The government does not believe it can prove its case beyond a reasonable doubt.

Dated: August 1, 2011                          NATIONAL PARK SERVICE


                                               /S/ Susan St. Vincent
                                               Susan St. Vincent
                                               Acting Legal Officer


**ORDER**

IT IS SO ORDERED.

Dated:   August 4, 2011            /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE

1